UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | ) | |
|---|---|---|
| IN RE: Melvin J. Werner, BPR # 015909 | ) | **FILED UNDER SEAL** |
| 715 Cedar Ln. | ) | No.: 1:22-dm-01 |
| Unit 114 | ) | |
| Knoxville, TN 37912 | ) | Chief District Judge |
| | ) | Travis R. McDonough |

## ORDER OF SUSPENSION

Because the Tennessee Supreme Court suspended the law license of Melvin J. Werner, this Court ordered Melvin J. Werner to show cause why he should not be suspended from the practice of law in the United States District Court, Eastern District of Tennessee [Doc. 1]. Attorney Werner has failed to answer or otherwise respond to the show cause order within the time required. Accordingly, Melvin J. Werner is **SUSPENDED** from the practice of law in the United States District Court, Eastern District of Tennessee. The suspension shall be a matter of public record. Upon his reinstatement to the practice of law by the Tennessee Supreme Court, Attorney Werner may seek reinstatement to the practice of law in the United States District Court, Eastern District of Tennessee, pursuant to E.D. Tenn. L.R. 83.7.

**SO ORDERED.**

/s/ Travis R. McDonough
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**